Mark H. Plager, Esq., (SBN 192,259)
*mark@plagerschack.com*
Michael L. Schack, Esq. (SBN 128,784)
*michaels@plagerschack.com*
PLAGER SCHACK LLP
16152 Beach Blvd., Suite 207
Huntington Beach, California 92647
Telephone: (714) 698-0601
Telefax: (714) 698-0608

Attorneys for Plaintiffs
The Lopreiato Family Living Trust,
and Above All Co. Forearm Forklift

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Daniel M. Cislo, Esq., (SBN 125,378)
*dancislo@cislo.com*
Kelly W. Cunningham, Esq., (SBN 186,229)
*kcunningham@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant
ECHEN, Inc. d/b/a Cellular Factory Wholesale

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THE Lopreiato FAMILY LIVING TRUST, AND ABOVE ALL CO. FOREARM FORKLIFT, a California Corporation,

Plaintiffs,

vs.

ECHEN, INC., d/b/a CELLULAR FACTORY WHOLESALE, a California corporation,

ECHEN.

AND RELATED COUNTERCLAIM

CASE NO. SACV 11-1327 AG (ANx)

**CONSENT JUDGMENT**

**<u>Judge Andrew Guilford</u>**

The Court, upon the consent and request of Plaintiff The Lopreiato Family Living Trust and Above All Co. Forearm Forklift, Inc., a California corporation ("AAC")(collectively "PLAINTIFFS"), and defendant Echen, Inc., d/b/a/ Cellular Factory Wholesale, a California corporation ("ECHEN") hereby makes the following Findings of Fact and issues the following Consent Judgment and Order:

**FINDINGS OF FACT**

1. On September 1, 2011, PLAINTIFFS filed a Complaint and Jury Demand, alleging the following and seeking relief against Defendant pursuant to 35 U.S.C. §§ 271(a) and (b) for infringement of U.S. Patent No. 6,039,376; pursuant to 35 U.S.C. §§ 271(a) and (b) for infringement of U.S. Patent No. 7,731,069; pursuant to Section 43(a) of the Lanham Act (15 U.S.C. Section 1125 et seq.) for unfair competition; and pursuant to Cal. Bus. Prof. Code § 17200 et seq., for unfair competition. U.S. Patent Nos. 6,039,376 and 7,731,069 are hereby collectively referred to hereinafter as "the Patents".

2. The Complaint alleges that Defendant violated PLAINTIFFS's exclusive license to the aforementioned patents, and used AAC's President's, Mark Lopreiato, and wife's, Sophia Lopreiato, image and likeness to further the infringement of said patents.

3. On November 14, 2011, ECHEN filed its Answer and Counter-claims alleging certain defenses and counter-claims, including that the above-referenced Patents are invalid, unenforceable and were not infringed by ECHEN.

4. The claims, defenses and counterclaims in this action were scheduled for trial beginning November 13, 2012.

5. ECHEN has not rebutted the statutory presumption that the Patents are valid and enforceable in this Action.

6. PLAINTIFFS and ECHEN have entered into a Settlement Agreement ("the Settlement Agreement"), the terms of which are set forth in a separately executed document, whereby the parties are settling all matters before this Court in

this action and agreeing to the findings of fact, terms and condition of the within Consent Judgment and Decree.

6. ECHEN has agreed that each of the defenses and counterclaims set forth in ECHEN's Answer and Counter-claims in this Action, including the allegations and averments contained therein, should be dismissed with prejudice.

7. Plaintiffs and ECHEN hereby agree that the United States District Court for the Central District of California has subject matter jurisdiction over the matters alleged in this action and personal jurisdiction over the parties to this Consent Judgment and that venue is proper in this Court.

8. Pursuant to the terms of the Settlement Agreement, PLAINTIFFS and ECHEN waive any right to a hearing and/or trial in regard to the matters at hand.

**CONSENT JUDGMENT AND ORDER**

Accordingly, pursuant to the above Findings of Fact, and upon the consent and request of PLAINTIFFS and ECHEN, **IT IS HEREBY ~~ORDERED~~, ADJUDGED AND DECREED THAT:**

1. ECHEN's defenses and counterclaims with respect to the Patents are hereby dismissed with prejudice.

2. U.S. Patent Nos. 6,039,376 and 7,731,069 are hereby adjudged to be valid and enforceable.

3. PLAINTIFFS and ECHEN each expressly waives any right to appeal or otherwise move for relief from these Findings of Fact and Consent Judgment and Order.

4. This Court shall retain jurisdiction of this matter and the parties for purposes of enforcing the terms of the Settlement Agreement as well as enforcing the terms of these Findings of Fact and Consent Judgment and Order.

5. These Findings of Fact and Consent Judgment and Order shall finally resolve this Action between Plaintiffs and Echen. Each party shall bear

its own fees and costs in connection with this action, including attorney fees except to the extent enforcement of the Settlement Agreement or these Findings of Fact and Consent Judgment and Order, in which event, the prevailing party may seek their attorney fees and costs of enforcement.

6. The Clerk of the Court is directed to enter this final judgment forthwith.

IT IS SO ORDERED.

Dated: December 14, 2012 By: ______________________

JUDGE ANDREW GUILFORD
Judge of the United States District Court
for the Central District of California